Thousand, Respondent, vs. Ray and others, Appellants.

For the appellants: *McGeever, McGeever & Leahy* of Madison.

For the respondent: *Crownhart & Murphy,* attorneys, and *Frank C. Grandy* of counsel, all of Madison.

*By the Court.*—Judgment affirmed.

Consolidated Water Power & Paper Company, Appellant, vs. Industrial Commission and another, Respondents.

For the appellant: *Goggins, Brazeau & Graves* of Wisconsin Rapids.

For the respondent Industrial Commission: *Orland S. Loomis,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent Mrs. John Waud: *Vernon J. McHale* of Antigo.

*By the Court.*—Judgment affirmed.

*December 7, 1937.*

Estate of Wegner: Thiede, Appellant, vs. Meffert, Administratrix, and another, Respondents.

For the appellant: *H. A. Schmidt* of Lake Mills.

For the respondents: *Robert P. Ferry* and *William E. Kiessling,* both of Lake Mills.

*By the Court.*—Judgment affirmed.